**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION**

| | | |
|---|---|---|
| **ELIZABETH BEE** | * | **CIVIL ACTION NO. 08-933** |
| **VERSUS** | * | **JUDGE MELANÇON** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

**IT IS THEREFORE ORDERED** that the Commissioner's decision is **REVERSED and REMANDED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 6th day of October, 2009.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE